IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Newport News Division



| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO. 4:24-cr-_22_ |
| v. ) | |
| ) | 21 U.S.C. § 841(a)(1), (b)(1)(B) |
| JOELBI BAEZ CORONA ) | Possession with Intent to Distribute |
| ) | Cocaine |
| ) | (Count 1) |
| ) | |
| ) | 21 U.S.C. § 853; 18 U.S.C. § 924(d); |
| ) | 28 U.S.C. § 2461(c) |
| ) | Forfeiture |

INDICTMENT

April 2024 Term – at Newport News, Virginia

COUNT ONE
(Possession with the Intent to Distribute Cocaine)

THE GRAND JURY CHARGES THAT:

On or about February 10, 2024, in Hampton, Virginia, in the Eastern District of Virginia and elsewhere, the defendant, JOELBI BAEZ CORONA, unlawfully, knowingly, and intentionally possessed with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic controlled substance.

(In violation of 21 U.S.C. § 841(a)(1), (b)(1)(B).)

1

## FORFEITURE

THE GRAND JURY FURTHER FINDS PROBABLE CAUSE THAT:

1. The defendant, if convicted of the violation alleged in this Indictment, shall forfeit to the United States, as part of the sentencing pursuant to Federal Rule of Criminal Procedure 32.2:

   a. Any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the violation;

   b. Any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the violation; and

   c. Any firearm or ammunition involved in or used in the violation.

2. If any property that is subject to forfeiture above is not available, it is the intention of the United States to seek an order forfeiting substitute assets pursuant to Title 21, United States Code, Section 853(p) and Federal Rule of Criminal Procedure 32.2(e).

(In accordance with 21 U.S.C. § 853; 18 U.S.C. § 924(d); and 28 U.S.C. § 2461(c).)

<u>UNITED STATES v. JOELBI BAEZ CORONA</u>
4:24-cr- 22

Pursuant to the E-Government Act the original of this page has been filed under seal in the Clerk's Office

A TRUE BILL:

**REDACTED COPY**

_____
F O R E P E R S O N


JESSICA D. ABER
UNITED STATES ATTORNEY

By: *[signature]*
Alyson C. Yates
Special Assistant United States Attorney
United States Attorney's Office
One City Center
11815 Fountain Way, Suite 200
Newport News, Virginia 23606
Phone: (757) 591-4000
Fax: (757) 591-0866
Email: alyson.yates@usdoj.gov